## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**HILMAN KUSUMA DINATA**                                                    **PLAINTIFF**

**v.**                                                     **Civil No.: 1:14cv79-HSO-RHW**

**ROYAL HOSPITALITY SERVICES, LLC**                              **DEFENDANT**

### FINAL JUDGMENT

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

1